UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22136-CIV-LENARD/WHITE

**VERNON LEON CLARK**,

       Petitioner,

vs.

**WALTER A McNEIL,**

       Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (D.E. 22); DENYING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 (D.E. 1); AND DISMISSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 22), issued on May 26, 2009. In his Report, Magistrate Judge White thoroughly addresses Petitioner Vernon Leon Clark's Petitioner for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1), and recommends that the Court deny the Petition as time-barred.

On or about June 8, 2009, Petitioner filed his Objection to the Magistrate's Report ("Objections," D.E. 24). Therein, Petitioner fails to articulate any specific objection to the Report. In any event, pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report, the Objections, and the record _de novo_, and finds that, for the reasons laid out by the Magistrate Judge in his Report, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Report of Magistrate Judge Patrick A. White (D.E. 22), issued on May 26, 2009, is **ADOPTED**.

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1) filed July 29, 2008, is **DENIED**.

3. This case is **CLOSED.**

4. All pending motions not otherwise ruled upon are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of June, 2009.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**